```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
NAMEL NORRIS,                                                :
                                          Plaintiff,         :      22 Civ. 7556 (LGS)
                                                             :
                  -against-                                  :      ORDER
                                                             :
CAPITAL BRANDS GROUP NY, LLC, et al.,                        :
                                          Defendants.        :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Order issued September 15, 2022, set an initial pretrial conference in this case and directed the parties to submit a joint letter and proposed case management plan seven days prior to the initial conference.

WHEREAS, an Order issued October 28, 2022, adjourned the initial pretrial conference to December 7, 2022. That Order further directed Plaintiff to serve Defendants via U.S. Mail and file proof of service of Defendants. On November 2, 2022, Plaintiff filed proof of service of Defendants via the New York Secretary of State.

WHEREAS, the parties have not filed the joint letter and proposed case management plan. Defendant has not appeared. It is hereby

**ORDERED** that the initial pretrial conference is **ADJOURNED** to **January 4, 2023**, at **4:10 p.m.** The conference will be telephonic and will take place on the following line: 888-363-4749, access code 558-3333. The start time is approximate but the parties shall be prepared to begin at the scheduled time. It is further

**ORDERED** that Plaintiff shall serve Defendants via U.S. Mail and file proof of service, via U.S. Mail, of Defendants, by **December 5, 2022.** It is further

**ORDERED** that if Plaintiff cannot contact Defendants by **December 28, 2022**, Plaintiff shall file a status letter (1) requesting further adjournment of the initial conference for up to thirty (30) days and (2) proposing a date prior to the conference to present an Order to Show Cause for default judgment as to Defendant and related papers as provided in the Court's Individual Rules.

Dated: December 1, 2022
      New York, New York

                                                LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE