UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NAMEL NORRIS,

                                Plaintiff,            22 Civ. 7556 (LGS)

             -against-                            ORDER

CAPITAL BRANDS GROUP NY, LLC, et al.,
                              Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, an Order issued December 1, 2022, required Plaintiff to serve Defendants via U.S. Mail and file proof of service, via U.S. Mail, on Defendants by December 5, 2022.

       WHEREAS, no such proof of service has been filed.  It is hereby

       **ORDERED** that Plaintiff shall serve Defendants via U.S. Mail and file proof of service, via U.S. Mail, of Defendants, by **December 8, 2022.**

Dated: December 6, 2022
       New York, New York

                                                              LORNA G. SCHOFIELD
                                                              UNITED STATES DISTRICT JUDGE