**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

NAMEL NORRIS,                                          CASE NO: 1:22-cv-07556-LGS

      Plaintiff,

vs.

CAPITAL BRANDS GROUP NY, LLC,
a New York limited liability company,
d/b/a ATOMIC WINGS, and 184 FIRST
REALTY LLC, a New York limited liability
company,

      Defendants.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 8, 2022, Order D.E. 13 was remitted to Defendant, CAPITAL BRANDS GROUP NY, LLC, a New York limited liability company, d/b/a ATOMIC WINGS, and Defendant 184 FIRST REALTY LLC, a New York limited liability company, by serving Defendants at their subject and corporate facilities via Federal Express Mail.  *See attached Exhibits.*

Dated: This 8th day of December, 2022.

                                            Respectfully submitted,

                                            By: /S/ B. Bradley Weitz
                                                 B. Bradley Weitz, Esq. (BW 9365)
                                                 THE WEITZ LAW FIRM, P.A.
                                                 Attorney for Plaintiff
                                                 18305 Biscayne Blvd., Suite 214
                                                 Aventura, Florida 33160
                                                 Telephone: (305) 949-7777
                                                 Facsimile: (305) 704-3877
                                                 Email: bbw@weitzfirm.com