# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

> Application **GRANTED.** The initial conference is **ADJOURNED** from January 4, 2023 to **February 8, 2023, at 4:10 P.M.** Plaintiff shall file the Proposed Order to Show Cause and supporting papers, pursuant to Attachment A to the Court's Individual Rules, by **February 1, 2023.**
>
> Plaintiff shall serve this Order on Defendants via Federal Express and file proof of service by **January 3, 2023**. So Ordered.
>
> Dated: December 29, 2022
> New York, New York
>
> *LORNA G. SCHOFIELD*
> UNITED STATES DISTRICT JUDGE

December 28, 2022

**VIA CM/ECF**

Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1106
New York, NY 10007

    Re:    Norris v. Capital Brands Group NY, LLC, d/b/a Atomic Wings, et al.
            Case 1:22-cv-07556-LGS

Dear Judge Schofield:

    The undersigned represents the Plaintiff in the above-captioned case matter.

    Per Order [D.E.13], stating that if Plaintiff cannot contact Defendants by December 28, 2022, Plaintiff shall file a status letter requesting further adjournment of the initial conference for up to thirty (30) days and proposing a date prior to the conference to present an Order to Show Cause for default judgment as to Defendants.

    In order to allow the parties additional time for the Defendants to appear, a 30-day adjournment of the January 4th Conference is hereby respectfully requested to a date most convenient to this Honorable Court. Also, a 45-day extension to submit the requested proposed date to present an Order to Show Cause for default judgment as to Defendants is hereby respectfully requested as the undersigned has been actively trying to contact the Defendants to advise them of this lawsuit.

    Thank you for your consideration of this second adjournment request, and first extension of submission of a proposed date to present an Order to Show Cause for default judgment.

                    Sincerely,

                    By: /S/   B. Bradley Weitz
                        B. Bradley Weitz, Esq. (BW9365)
                        THE WEITZ LAW FIRM, P.A.
                        Attorney for Plaintiff
                        Bank of America Building
                        18305 Biscayne Blvd., Suite 214
                        Aventura, Florida 33160
                        Telephone: (305) 949-7777
                        Facsimile:  (305) 704-3877
                        Email: bbw@weitzfirm.com