

February 1, 2023

**Via ECF**
Hon. Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York NY 10007

Application **GRANTED.** The initial conference is **ADJOURNED** from February 8, 2023, to **March 8, 2023 at 4:10 P.M.** The conference will be telephonic and will take place on the following line: 888-363-4749; access code 558-3333. The parties shall submit the required joint letter and proposed case management plan no later than **March 1, 2023**. Defendants' deadline to answer, move or otherwise respond to the Complaint is **EXTENDED** to **March 1, 2023.** So Ordered.

The Clerk of Court is respectfully directed to close the motions at Dkt. 19 and Dkt. 20.

Dated: February 2, 2023
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

Re:   *Norris v. Capital Brands LLC et al*,
      2:22-CV-07556 (LGS)

Dear Judge Locke:

We represent Defendants in the above-referenced matter. We write on behalf of all parties to request an extension of settlement conference currently scheduled for February 8, 2023.

We make this request because the parties are engaged in settlement negotiations and hope to reach a resolution within the next few weeks.

Thank you for your consideration of this request. This is the Defendants first request for an adjournment in this matter.

Very Truly Yours,

Andrea Moss
Attorney for Defendant

11 prospect street, suite 1a
huntington, ny 11743
t/f: 631.423.3440
sima.ali@alilawgroup.com
www.alilawgroup.com