UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
  NAMEL NORRIS,                                               :
                              Plaintiff,                      :
                                                              :         22 Civ. 7556 (LGS)
              -against-                                       :
                                                              :                ORDER
  CAPITAL BRANDS GROUP NY, LLC, et al.,                       :
                              Defendant.                      :
                                                              :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

   WHEREAS, the initial pretrial conference in this matter is scheduled for March 8, 2023.

   WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

   **ORDERED** that the March 8, 2023, initial pretrial conference is **CANCELLED**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

   **ORDERED** that if Defendant(s) seek to file a motion to dismiss, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2. It is further

   **ORDERED**, regarding settlement discussions, the parties' request for a referral to mediation is **GRANTED**. The referral will issue in a separate order.

   The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: March 2, 2023
       New York, New York

                                                    _____
                                                    LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE