# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

Robert J. Mirel, Esq.
Member NY& NJ Bars, AR Federal Bar
Email: rjm@weitzfirm.com

June 21, 2023

**VIA CM/ECF**
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 21C
New York, NY 10007-1312

    Re: **Norris v. Capital Brands Group NY, LLC, d/b/a Atomic Wings, et al.**
       **Case 1:22-cv-07556-LGS**

Dear Judge Schofield:

  The undersigned represents the Plaintiff in the above-captioned case matter.

  On April 25, 2023, an Order of Dismissal was signed by Your Honor [D.E. 27] providing Plaintiff's counsel thirty (30) days within which to move to reopen this matter, should the proposed settlement not be consummated within that period of time. Thereafter, on May 24, 2023, at the request of the undersigned, Your Honor issued a subsequent Order [D.E. 30] extending the deadline for any of the parties to reopen the case to June 25, 2023.

  As of this date, the settlement has not yet been fully consummated, in that the accessibility remediations to be performed by the Defendants have not yet been completed nor have the settlement funds been fully received. The terms of the settlement provide that the Defendants shall have six months to complete their accessibility remediation and until August 12, 2023, to complete their settlement payment obligations. Therefore, the undersigned respectfully requests, with the consent of the Defendants' counsel, that the Court grant a further and final extension of the dismissal deadline, until August 31, 2023, in order for the parties to consummate the settlement in this matter.

  The Court is advised that this is the Plaintiff's second and final request to extend the dismissal deadline in this case.  Thank you for your attention to this matter.

          Yours very truly,

          THE WEITZ LAW FIRM, P.A.

          By: *Robert J. Mirel*
             Robert J. Mirel, Esq.